UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEAM EXPRESS DISTRIBUTING LLC, | § § § § | No. 5:15-CV-994-DAE |
| Plaintiff, | § § | |
| vs. | § § | |
| JUNCTION SOLUTIONS, INC., MICROSOFT CORP., RSM US LLP, | § § § | |
| Defendants. | § § | |

ORDER ON BRIEFING SCHEDULE

Pursuant to the stipulation filed by Defendant RSM US LLP ("RSM") and Plaintiff Team Express Distributing LLC (Dkt. # 176), the briefing schedule for RSM's Motion for Summary Judgment (Dkt. # 175) will be set as follows:

- Any opposition to RSM's Motion for Summary Judgment must be filed on or before **August 28, 2017**;

- Any reply in support of the Motion for Summary Judgment must be filed on or before **September 11, 2017**.

- A hearing on the motion will be set by separate order after the dispositive motions deadline has passed.

**IT IS SO ORDERED.**

San Antonio, Texas, August 3, 2017.

---

David Alan Ezra
Senior United States Distict Judge